# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

PAUL TURNER, individually and on behalf of a class of persons similarly situated

**DEFENDANTS**

MORTON'S RESTAURANT GROUP, INC.

**(b)** County of Residence of First Listed Plaintiff   Cook, IL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Kent, DE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED: APRIL 4 , 2008

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jeffrey Grant Brown, Converse & Brown, LLC, 105 West Adams Street, Suite 3000, Chicago, Illinois 60603, (312) 789-9700

Attorneys (If Known)

08CV1948          TC

JUDGE KENNELLY

MAGISTRATE JUDGE SCHENKIER

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

■ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury— | ☐620 Other Food & Drug | | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product | Med. Malpractice | ☐625 Drug Related Seizure | ☐423 Withdrawal | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | Liability | ☐365 Personal Injury— | of Property 21 USC 881 | 28 USC 157 | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment | ☐320 Assault, Libel & | Product Liability | ☐630 Liquor Laws | | ☐460 Deportation |
| & Enforcement of Judgment | Slander | ☐368 Asbestos Personal | ☐640 R.R. & Truck | **PROPERTY RIGHTS** | ☐470 Racketeer Influenced and |
| ☐151 Medicare Act | ☐330 Federal Employers' | Injury Product | ☐650 Airline Regs. | ☐820 Copyrights | Corrupt Organizations |
| ☐152 Recovery of Defaulted | Liability | Liability | ☐660 Occupational | ☐830 Patent | ☐480 Consumer Credit |
| Student Loans (excl. vet.) | ☐340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐840 Trademark | ☐490 Cable/Satellite TV |
| ☐153 Recovery of Overpayment | ☐345 Marine Product | ☐370 Other Fraud | ☐690 Other | | ☐810 Selective Service |
| of Veteran's Benefits | Liability | ☐371 Truth in Lending | | | ☐850 Security/Commodity/Exch. |
| ☐160 Stockholders' Suits | ☐350 Motor Vehicle | ☐380 Other Personal | **LABOR** | **SOCIAL SECURITY** | ☐875 Customer Challenge |
| ☐190 Other Contract | ☐355 Motor Vehicle | Property Damage | | ☐861 HIA (1395ff) | 12 USC 3410 |
| ☐195 Contract Product Liability | Product Liability | ☐385 Property Damage | ■710 Fair Labor Standards | ☐862 Black Lung (923) | ☐891 Agricultural Acts |
| ☐196 Franchise | ☐360 Other Personal Inj. | Product Liability | Act | ☐863 DIWC/DIWW (405(g)) | ☐892 Economic Stabilization Act |
| | | | ☐720 Labor/Mgmt. Relations | ☐864 SSID Title XVI | ☐893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐865 RSI (405(g)) | ☐894 Energy Allocation Act |
| | | | ☐730 Labor/Mgmt.Reporting | | ☐895 Freedom of Information Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motions to Vacate | & Disclosure Act | **FEDERAL TAX SUITS** | ☐900 Appeal of Fee |
| ☐220 Foreclosure | ☐442 Employment | Sentence | ☐740 Railway Labor Act | | Determination Under |
| ☐230 Rent Lease & Ejectment | ☐443 Housing/ | Habeas Corpus: | | ☐870 Taxes (U.S. Plaintiff | Equal Access to Justice |
| ☐240 Torts to Land | Accommodations | ☐530 General | ☐790 Other Labor Litigation | or Defendant) | ☐950 Constitutionality of |
| ☐245 Tort Product Liability | ☐444 Welfare | ☐535 Death Penalty | | | State Statutes |
| ☐290 All Other Real Property | ☐445 ADA—Employment | ☐540 Mandamus & Other | ☐791 Empl. Ret. Inc. | ☐871 IRS—Third Party | ☐890 Other Statutory Actions |
| | ☐446 ADA — Other | ☐550 Civil Rights | Security Act | 26 USC 7609 | |
| | ☐440 Other Civil Rights | ☐555 Prison Condition | | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

■1 Original Proceeding
☐2 Removed from State Court
☐3 Remanded from Appellate Court
☐4 Reinstated or Reopened
☐5 Transferred from another district (specify)
☐6 Multidistrict Litigation
☐7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION   (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Fair Labor Standards Act, 29 U.S.C. §201 et seq., unpaid overtime wages

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:

■ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐Yes   ■No

**IX.** This case   ■ is not a refiling of a previously dismissed action.

☐ is a refiling of case number _____ , previously dismissed by Judge _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

April 4, 2008,  /s/ Jeffrey Grant Brown