# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| PAUL TURNER, individually and on behalf of a class of persons similarly situated<br>v.<br>MORTON'S RESTAURANT GROUP, INC. | FILED: APRIL 4 , 2008<br>08CV1948         TC<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Paul Turner

| | |
|---|---|
| **NAME** (Type or print)<br>Jeffrey Grant Brown | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>    s/ Jeffrey Grant Brown | |
| **FIRM**<br>Converse & Brown, LLC | |
| **STREET ADDRESS**<br>105 West Adams Street, Suite 3000 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6194262 | **TELEPHONE NUMBER**<br>(312) 789-9700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |