## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

PAUL TURNER, individually and on behalf of a class of persons similarly situated
v.
MORTON'S RESTAURANT GROUP, INC.

Case Number:
FILED: APRIL 4, 2008
08CV1948    TC
JUDGE KENNELLY
MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Paul Turner

| | |
|---|---|
| NAME (Type or print) | |
| Carol Coplan Babbitt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Carol Coplan Babbitt | |
| FIRM | |
| Law Office of Carol Coplan Babbitt | |
| STREET ADDRESS | |
| 35 East Wacker Drive, Suite 650 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6199651 | (312) 435-9775 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |