# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PAUL TURNER, individually and on behalf of a class of persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MORTON'S RESTAURANT GROUP, INC.,<br><br>    Defendant. | Case No. 1:08-CV-01948<br><br>Judge Matthew F. Kennelly |

## MOTION TO DISMISS CLASS ACTION COMPLAINT AND COMPEL ARBITRATION

Defendant Morton's Restaurant Group, Inc. ("Morton's"), by and through its undersigned counsel, hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3) and/or 12(b)(6), and the Federal Arbitration Act, 9 U.S.C. § 1, et seq., for an order dismissing the Class Action Complaint and compelling Plaintiff Paul Turner to submit his claims to final and binding arbitration pursuant to the mandatory arbitration agreement that Turner signed as a condition of his employment.  The grounds and legal authority for this motion are fully set forth in Morton's Memorandum of Law in Support of Motion to Dismiss Class Action Complaint and Compel Arbitration, the Declaration of Angela D. Thomas, and the supporting documents attached thereto, all of which were electronically filed with this Motion.

- 2 -

Dated: May 12, 2008                                Respectfully submitted,


                                                             s/ Michael J. Gray
_____
Michael J. Gray, IL No. 06210880
Brent D. Knight, IL No. 6257108
Michael S. Ferrell, IL No. 6277458
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:     (312) 782-3939
Facsimile:      (312) 782-8585
mjgray@jonesday.com
bdknight@jonesday.com
mferrell@jonesday.com

*Attorneys for Defendant*
*Morton's Restaurant Group, Inc.*

- 2 -

CHI-1647518v1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2008, I electronically filed the foregoing MOTION TO DISMISS CLASS ACTION COMPLAINT AND COMPEL ARBITRATION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail address on file with the Court:

>Jeffrey Grant Brown
>Catherine P. Sons
>Converse & Brown, LLC
>105 West Adams Street, Suite 300
>Chicago, Illinois  60603
>
>James X. Bormes
>Law Office of James X. Bormes, P.C.
>8 South Michigan Avenue, Suite 2600
>Chicago, Illinois  60603
>
>Carol Coplan Babbitt
>Law Office of Carol Coplan Babbitt
>35 East Wacker Drive, Suite 650
>Chicago, Illinois  60601

s/ Michael S. Ferrell
Attorney for Defendant