**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAUL TURNER,<br>individually and on behalf of a class of<br>persons similarly situated, | |
| Plaintiffs, | Case No. 1:08-CV-01948 |
| vs. | Judge Matthew F. Kennelly |
| MORTON'S RESTAURANT GROUP, INC., | |
| Defendant. | |

**<u>NOTICE OF MOTION</u>**

To:     Plaintiff's counsel of record:

> Jeffrey Grant Brown
> Catherine P. Sons
> Converse & Brown, LLC
> 105 West Adams Street, Suite 300
> Chicago, Illinois  60603
>
> James X. Bormes
> Law Office of James X. Bormes, P.C.
> 8 South Michigan Avenue, Suite 2600
> Chicago, Illinois  60603
>
> Carol Coplan Babbitt
> Law Office of Carol Coplan Babbitt
> 35 East Wacker Drive, Suite 650
> Chicago, Illinois  60601

PLEASE TAKE NOTICE that on Wednesday, May 21, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103, at 219 South Dearborn Street, Chicago, Illinois, and present the attached **Defendant's Motion to Dismiss Class Action Complaint and Compel Arbitration** a true and accurate copy of which is attached hereto.

Dated: May 12, 2008     Respectfully Submitted,


     s/ Michael J. Gray
     Michael J. Gray, IL No. 06210880
     Brent D. Knight, IL No. 6257108
     Michael S. Ferrell, IL No. 6277458
     JONES DAY
     77 West Wacker
     Chicago, IL  60601-1692
     Telephone:(312) 782-3939
     Facsimile: (312) 782-8585
     mjgray@jonesday.com
     bdknight@jonesday.com
     mferrell@jonesday.com

     *Attorneys for Defendant*
     *Morton's Restaurant Group, Inc.*

CHI-1647513v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008, I electronically filed the foregoing NOTICE OF

MOTION with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to the following at their e-mail address on file with the Court:

Jeffrey Grant Brown
Catherine P. Sons
Converse & Brown, LLC
105 West Adams Street, Suite 300
Chicago, Illinois  60603

James X. Bormes
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue, Suite 2600
Chicago, Illinois  60603

Carol Coplan Babbitt
Law Office of Carol Coplan Babbitt
35 East Wacker Drive, Suite 650
Chicago, Illinois  60601

s/ Michael S. Ferrell
Attorney for Defendant

CHI-1647513v1