IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL TURNER, individually and on behalf of a class of persons similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>MORTON'S RESTAURANT GROUP, INC.,<br><br>       Defendant. | Case No. 1:08 CV 01948<br><br>Judge Matthew F. Kennelly |

## CORPORATE DISCLOSURE STATEMENT OF MORTON'S RESTAURANT GROUP, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Morton's Restaurant Group, Inc., a publicly traded corporation organized under the laws of the State of Delaware, hereby discloses that it has no parent corporation and no other public corporation owns 10% or more of its stock.

Dated: May 12, 2008

Respectfully submitted,

s/ Michael J. Gray
Michael J. Gray, IL No. 06210880
Brent D. Knight, IL No. 6257108
Michael S. Ferrell, IL No. 6277458
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:    (312) 782-3939
Facsimile:    (312) 782-8585
mjgray@jonesday.com
bdknight@jonesday.com
mferrell@jonesday.com

*Attorneys for Defendant*
*Morton's Restaurant Group, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2008, I electronically filed the foregoing **Corporate Disclosure Statement of Morton's Restaurant Group, Inc.** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail address on file with the Court:

> Jeffrey Grant Brown
> Catherine P. Sons
> Converse & Brown, LLC
> 105 West Adams Street, Suite 300
> Chicago, Illinois  60603
>
> James X. Bormes
> Law Office of James X. Bormes, P.C.
> 8 South Michigan Avenue, Suite 2600
> Chicago, Illinois  60603
>
> Carol Coplan Babbitt
> Law Office of Carol Coplan Babbitt
> 35 East Wacker Drive, Suite 650
> Chicago, Illinois  60601

                                                   s/ Michael S. Ferrell_____
                                                   Attorney for Defendant