**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Paul Turner
                                Plaintiff,

v.                                                         Case No.: 1:08−cv−01948
                                                        Honorable Matthew F. Kennelly

Morton's Restaurant Group, Inc.,
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Response to motion to compel arbitration is due 6/18/2008, and reply brief by 7/2/2008. Ruling set to 7/30/2008 at 9:30 AM. Status hearing of 6/11/2008 is vacated and reset to 7/30/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.