IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL TURNER, individually and on behalf of a class of persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1948 |
| vs. | ) ) | Judge Kennelly |
| MORTON'S RESTAURANT GROUP, INC., | ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT AND COMPEL ARBITRATION, AND TO FILE BRIEF IN EXCESS OF 15 PAGES**

Plaintiff, Paul Turner, through his counsel, moves for an extension of time to file his response to Defendant's motion to dismiss and compel arbitration. Plaintiff also moves to file a brief in excess of 15 pages. In support, Plaintiff states as follows:

1. On May 12, 2008, Defendant filed a motion to dismiss Plaintiff's complaint and compel arbitration.

2. Pursuant to this Court's order of May 21, 2008, Plaintiff was to file its response brief by June 18, 2008. This Court also scheduled its ruling on Defendant's motion for July 30, 2008.

3. Plaintiff is unable to file his response brief on June 18, 2008. Plaintiff seeks an extension of time to file through June 25, 2008, to prepare and file his response brief.

4. In addition, in order to adequately respond to Defendant's motion, Plaintiff requires more than the 15 pages allowed by Local Rule 7.1.

WHEREFORE, Plaintiff, Paul Turner, moves for the entry of an order extending the time to respond to Defendant's motion to dismiss and compel arbitration, through and including June 25, 2008; and granting Plaintiff leave to file the responsive brief in excess of 15 pages.

Dated:  June 18, 2008

                                        Respectfully submitted,

                                        /s/ Jeffrey Grant Brown
                                        Attorney for Plaintiff

| | |
|---|---|
| James X. Bormes | Carol Coplan Babbitt |
| Law Office of James X. Bormes, P.C. | Law Office of Carol Coplan Babbitt |
| 8 South Michigan Avenue | 35 East Wacker Drive |
| Chicago, Illinois 60603 | Chicago, Illinois 60601 |
| (312) 201-0575 | (312) 435-9775 |
| #6202568 | #6199651 |

Jeffrey Grant Brown
Converse & Brown, LLC
105 West Adams Street
Chicago, Illinois 60603
(312) 789-9700
#6194262