IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL TURNER, individually and on behalf of a class of persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1948 |
| vs. | ) ) | Judge Kennelly |
| MORTON'S RESTAURANT GROUP, INC., | ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:   Michael J. Gray
    Brian D. Knight
    Michael S. Ferrell
    Jones Day
    77 West Wacker Drive
    Chicago, Illinois 60601-1692

    PLEASE TAKE NOTICE that on June 24, 2008, at 9:30 a.m., the undersigned will appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2103, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' Motion for Extension of Time to File Response to Defendant's Motion to Dismiss Class Action Complaint and Compel Arbitration, and to File Brief in Excess of 15 Pages, a copy of which is attached hereto.

    I, Jeffrey Grant Brown, an attorney, caused to be filed with the Clerk of the U.S. District Court, this notice and the aforementioned document, using the CM/ECF system which will send notification of such filing to the above listed Filing Users, on this 18th day of June, 2008.

                    Respectfully Submitted,


                    /s/ Jeffrey Grant Brown
                    Attorney for Plaintiff

James X. Bormes
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue
Chicago, Illinois 60603
(312) 201-0575
#6202568

Carol Coplan Babbitt
Law Office of Carol Coplan Babbitt
35 East Wacker Drive
Chicago, Illinois 60601
(312) 435-9775
#6199651

Jeffrey Grant Brown
Converse & Brown, LLC
105 West Adams Street
Chicago, Illinois 60603
(312) 789-9700
#6194262