IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL TURNER, individually and on behalf of a class of persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 1948 |
| vs. | ) ) | Judge Kennelly |
| MORTON'S RESTAURANT GROUP, INC., | ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:   Michael J. Gray
      Brian D. Knight
      Michael S. Ferrell
      Jones Day
      77 West Wacker Drive
      Chicago, Illinois 60601-1692

  PLEASE TAKE NOTICE that the undersigned, on June 25, 2008, caused to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above listed Filing Users, Plaintiff's Response to Defendant's Motion to Dismiss Class Action Complaint and Compel Arbitration.

  I, Catherine P. Sons, an attorney, caused to be filed with the Clerk of the U.S. District Court, this notice and the aforementioned document, using the CM/ECF system which will send notification of such filing to the above listed Filing Users, on this 25th day of June, 2008.

              Respectfully Submitted,

              /s/ Catherine P. Sons
              Attorney for Plaintiff

| | |
|---|---|
| James X. Bormes<br>Law Office of James X. Bormes, P.C.<br>8 South Michigan Avenue<br>Suite 2600<br>Chicago, Illinois 60603<br>(312) 201-0575<br>#6202568 | Carol Coplan Babbitt<br>Law Office of Carol Coplan Babbitt<br>35 East Wacker Drive<br>Suite 650<br>Chicago, Illinois 60601<br>(312) 435-9775<br>#6199651 |

Jeffrey Grant Brown
Catherine P. Sons
Converse & Brown, LLC
105 West Adams Street
Suite 3000
Chicago, Illinois 60603
(312) 789-9700
#6194262