# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1948 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Turner vs. Morton's Restaurant Group | | |

**DOCKET ENTRY TEXT**

The case is set for oral argument on defendant's motion to dismiss and compel arbitration on 7/24/08 at 3:30 p.m. (10 minutes per side).

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|