# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1948 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Paul Turner vs. Morton's Restaurant Group, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for extension of time and to file brief in excess of 15 pages is granted. Response brief is to be filed by 6/25/08. Reply brief is to be filed by 7/9/08. This briefing schedule will not be extended any further. Oral argument on motion to dismiss and compel arbitration is set for 7/24/08 at 3:30 p.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|