IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL TURNER, | ) | |
| individually and on behalf of a class of | ) | |
| persons similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | No.:  08 CV 1948 |
| | ) | |
| vs. | ) | Judge Matthew Kennelly |
| | ) | |
| MORTON'S RESTAURANT | ) | |
| GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Michael Gray
      Jones Day
      77 West Wacker
      Chicago IL. 60601-169

PLEASE TAKE NOTICE that on the 29th day of July, 2008 at 9:30 a.m. I, James X. Bormes, shall appear before the Honorable Judge Kennelly in Courtroom 2103 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present Plaintiff Paul Turner's Motion for Voluntary Dismissal, a copy of which is attached hereto.

Respectfully submitted,

By:   s/James X. Bormes

James X. Bormes
LAW OFFICE OF JAMES X. BORMES, P.C.
8 South Michigan Avenue
Suite 2600
Chicago, IL 60603
312-201-0575
Fax 312-332-0600

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on July 22, 2008, he caused the foregoing Plaintiff Paul Turner's Motion for Voluntary Dismissal, to be filed electronically through the CM/ECF system and to be served by United States Mail, postage prepaid, upon the following non-CM/ECF participants:

**Michael Gray**
**Jones Day**
**77 West Wacker**
**Chicago IL. 60601-169**

/s/James X. Bormes
James X. Bormes