IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAL TURNER, individually and on behalf of a class of persons similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | No.:  08 CV 1948 |
| vs. ) ) | Judge Matthew Kennelly |
| MORTON'S RESTAURANT GROUP, INC., ) ) ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

As authorized by Rule 41(a) (2) of the Federal Rules of Civil Procedure, Plaintiff Paul Turner, individually and on behalf of a class of persons similarly situated, by his attorneys, Law Office of James X. Bormes, P.C., Converse and Brown, LLC, and the Law Office of Carol Coplan Babbitt, moves for voluntary dismissal without prejudice.

1. Plaintiff respectfully moves to dismiss this lawsuit without prejudice and without cost being assessed pursuant to Rule 41(a) (2) of the Federal Rules of Civil Procedure.

2. Defendant has no objection to this motion.

3. The Court has previously scheduled oral argument regarding Defendant's Motion to Dismiss and Compel Arbitration for July 24, 2008. There will be no need to proceed with oral argument on the Defendant's motion if the Court grants the instant motion.

WHERFORE, Plaintiff Paul Turner respectfully moves for entry of an order dismissing the lawsuit without prejudice and without costs being assessed and for further relief the Court deems equitable and just.

                **PAUL TURNER, individually and on behalf of a class of persons similarly situated,**

                By: \_/s/\_ James X. Bormes_____
                    One of Plaintiffs' attorneys

| | |
|---|---|
| James X. Bormes | Carol Coplan Babbit |
| Harvey Chase Jewett | Law Office of Carol Coplan Babbit |
| Law Offices of James X. Bormes, P.C. | 542 South Dearborn Street |
| 8 South Michigan Avenue | Suite 1010 |
| Suite 2600 | Chicago, IL 60605 |
| Chicago, IL 60603 | (312) 435-9775 |
| (312) 201-0575 | Fax: (312) 427-9552 |
| Fax: (312) 332-0600 | |

Jeffrey Grant Brown
Converse & Brown, LLC.
105 W Adams Street
Suite 3000
Chicago, IL 60603
(312) 789-9700
Fax: (312) 422-0595