## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Paul Turner

Plaintiff,

v.                                                      Case No.: 1:08–cv–01948
                                                        Honorable Matthew F. Kennelly

Morton's Restaurant Group, Inc.,

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for voluntarily dismissal is granted. The case is voluntarily dismissed without prejudice. All pending motions are terminated. The hearing date of 7/24/2008 and 7/29/2008 are vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.